[No. 48392-7-I. Division One. March 18, 2002.]

*In the Matter of the Detention of* D.H., *Appellant*, THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-6-00011-1, Steven J. Mura, J., entered January 26, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 19643-7-III. Division Three. March 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO CARDENAS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00426-9, Carolyn A. Brown, J., entered September 29, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19985-1-III. Division Three. March 19, 2002.]

WASHINGTON WATER POWER COMPANY, *Appellant*, v. R. STEVEN WALSER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 95-2-00115-8, Philip W. Borst, J., entered January 31, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 20110-4-III. Division Three. March 19, 2002.]

KAREN RICHTER, ET AL., *Appellants*, v. ROMAN ROSSMEISL, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-02040-5, Heather K. Van Nuys, J., entered March 14, 2001. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.